DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE INVESTORS, a Nevada Corporation, | Case No.: 2:14-cv-00123-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS CROSSCLAIM [ECF 67]** |
| vs. | |
| BANK OF AMERICA, N.A., a National Association; NATIONAL DEFAULT SERVICING CORPORATION, a Foreign Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation, FRANCIS CASO, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | (First Request) |
| Defendants. | |
| BANK OF AMERICA, N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation, | |
| Counter-claimants, | |
| vs. | |
| EAGLE INVESTORS, a Nevada Corporation, | |
| Counter-defendant. | |

{35679404;1}

1

BANK OF AMERICA, N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation,

Cross-claimants,

vs.

TERRA WEST COLLECTIONS GROUP, LLC, d/b/a ASSESSMENT MANAGEMENT SERVICES; NORTHERN TERRACE HOMEOWNERS ASSOCIATION,

Cross-defendants.

Defendants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc. (collectively **Defendants**), and Cross-Defendant Northern Terrace Homeowners Association (collectively **Cross-Defendant**) hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Defendants shall have an additional two weeks to respond to the Motion to Dismiss Crossclaim filed on July 27, 2015. ECF 67. Defendants' response is currently due on August 13, 2013, however, Defendants' counsel was on medical leave from July 23, 2015 through August 10, 2015. Accordingly, the parties stipulate to the extension of time, until August 27, 2015, for Defendants to oppose the Motion to Dismiss Crossclaim.

DATED this 12th day of August, 2015.

**AKERMAN LLP**

/s/ *Tenesa S. Scaturro*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.*

DATED this 12th day of August, 2015.

**LEACH JOHNSON SONG & GRUCHOW**

/s/ *T. Chase Pittsenbarger*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Northern Terrace Homeowners' Association*

{35679404;1}

2

Case No.: 2:14-cv-00123-GMN-NJK
STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS CROSSCLAIM [ECF 67]

IT IS SO ORDERED.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE
DATED: August 14, 2015

{35679404;1}

3