DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Bank of America, N.A. and
Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE INVESTORS, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; NATIONAL DEFAULT SERVICING CORPORATION, a Foreign Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation, FRANCIS CASO, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.<br><br>BANK OF AMERICA, N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation,<br><br>Counter-claimants,<br><br>vs.<br><br>EAGLE INVESTORS, a Nevada Corporation,<br><br>Counter-defendant. | Case No.: 2:14-cv-00123-GMN-NJK<br><br><br>**STIPULATION AND ORDER REGARDING CONTINUING TIME TO RESPOND TO OPPOSITION TO EAGLE INVESTOR'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING TIME FOR EAGLE INVESTORS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{37523915;1}                                    1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

BANK OF AMERICA, N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation,

Cross-claimants,

vs.

TERRA WEST COLLECTIONS GROUP, LLC, d/b/a ASSESSMENT MANAGEMENT SERVICES; NORTHERN TERRACE HOMEOWNERS ASSOCIATION,

Cross-defendants.

Defendants Bank of America, N.A. (**Bank of America**) and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively **Defendants**) and Plaintiff, Eagle Investors, Inc. (**Plaintiff**) enter into the following stipulation:

**Whereas**, Plaintiff filed its motion for summary judgment on December 31, 2015 (**Dkt. 82**);

**Whereas**, Defendants' opposition was due on January 25, 2016

1.      Plaintiffs and Defendants stipulate and agree that Defendants time for filing its opposition shall be continued until February 10, 2016.

2.      Plaintiff's time to file a reply in support of its motion for summary judgment shall be continued until February 24, 2016.

DATED this 10th day of February 2016.

**AKERMAN LLP**

/s/ Steve Shevorski, Esq.
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

Attorneys for Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.

**MAYER GUTIERREZ AYON**

/s/ Luis A. Ayon, Esq.
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
400 S. Seventh Street, Ste. 400
Las Vegas, NV 89101

Attorneys for Plaintiff

1

**ORDER**

2     **IT IS HEREBY ORDERED** Plaintiffs and Defendants stipulate and agree that Defendants

3 time for filing its opposition shall be continued until February 10, 2016.

4     **IT IS FURTHER ORDERED** Plaintiffs time to file a reply in support of its motion for

5 summary judgment shall be continued until February 24, 2016.

6     Dated: __February 16,___, 2016.

7

    UNITED STATES DISTRICT

8     COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of February, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing, **STIPULATION AND ORDER REGARDING CONTINUING TIME TO RESPOND TO OPPOSITION TO EAGLE INVESTOR'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING TIME FOR EAGLE INVESTORS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**, postage prepaid and addressed to:

Luis A. Ayon, Esq.
Margaret E. Schmidt, Esq.
MAIER GUTIERREZ AYON
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

Sean L. Anderson
T. Chase Pittsenbarger
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Terra West Collections Group and Northern Terrace Homeowners Association*

/s/ *Julia M. Diaz*
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{37523915;1}

4