1  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
2  **AYON LAW, PLLC**
   9205 West Russell Road
3  Building 3, Suite 240
4  Las Vegas, Nevada 89148
   Telephone:   (702) 600-3200
5  Facsimile:   (702) 447-7936
   E-Mail:      laa@ayonlaw.com
6

7  *Attorneys for Plaintiff/Counter-Defendant,*
   *Eagle Investors*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE INVESTORS, a Nevada corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; FRANCIS CASO, individually; DOES 1 through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants.<br><br>BANK OF AMERICA, N.A., a National Association, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a foreign corporation<br><br>        Counter-claimants,<br><br>vs.<br><br>EAGLE INVESTORS, a Nevada corporation,<br><br>        Counter-Defendant. | Case No.: 2:14-cv-00123-GMN-NJK<br><br>**SUBSTITUTION OF ATTORNEYS** |

///
///
///

LUIS A. AYON, ESQ., of AYON LAW, PLLC, is hereby substituted in as the attorneys for Plaintiff/Counter-Defendant, Eagle Investors, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
Client

We hereby accept the above and foregoing substitution as attorneys for Plaintiff/Counter-Defendant, Eagle Investors.

DATED this 31 day of May, 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 31 day of May, 2017.

MAIER GUTIERREZ & ASSOCIATES

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148

IT IS SO ORDERED.
Dated: June 2, 2017

_____
United States Magistrate Judge