ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A. and Mortgage*
*Electronic Registration Systems, Inc.*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE INVESTORS, a Nevada Corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; NATIONAL DEFAULT SERVICING CORPORATION, a Foreign Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation, FRANCIS CASO, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Defendants. | Case No.: 2:14-cv-00123-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| BANK OF AMERICA, N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation,<br><br>                              Counter-claimants,<br><br>vs.<br><br>EAGLE INVESTORS, a Nevada Corporation,<br><br>                              Counter-defendant. | |

Plaintiff/counter-defendant Eagle Investors and defendants/counter-claimants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc. jointly stipulate for dismissal of their respective claims against each other with prejudice, with each party to bear its own costs and fees.

DATED this 10th day of July, 2020.

**AYON LAW**

/s/ Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

*Attorneys for Eagle Investors*


DATED this 10th day of July, 2020.

**AKERMAN LLP**

/s/ Scott R. Lachman
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.*

**IT IS SO ORDERED.**

Dated this 10 day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court